James P. Watson, SBN 46127
Bruce K. Leigh, SBN 129753
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, 5th Floor
San Francisco, CA  94105-3612
Telephone:  415-512-3501
Facsimile:  415-512-3515

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>CANYON SPRINGS ENTERPRISES, a California Corporation doing business as RSH CONSTRUCTION; and ROBERT STANLEY HAMILTON, an individual,<br><br>　　　　　　　　Defendants. | Case No.:  C 04-1080 MMC<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR AMENDED JUDGMENT<br><br><br>JUDGE:　　Maxine M. Chesney |

　　　　Before the Court is Plaintiffs' motion for amendment of the Judgment In A Civil Case entered in favor of Plaintiffs on April 18, 2005.  Plaintiffs' motion is brought under Federal Rules of Civil Procedure, Rule 60(b), and is supported by their Notice Of Motion And Motion and supporting papers, which were timely served on Defendants, who have failed to appear or otherwise oppose Plaintiffs' motion.  Having considered the motion and other papers filed herein, the Court deems the motion suitable for  decision as submitted, vacates the hearing thereon calendared for May 12, 2006, and rules as follows:

　　　　Plaintiffs are justly entitled, in addition to the judgment amount awarded on April 18, 2005, to further prejudgment interest for the period of September 15, 2004, to April 18, 2005, in the

1 amount of $8,646.36.  Thus, as amended, plaintiffs are entitled to judgment against defendants,
2 Canyon Springs Enterprises, a corporation doing business as RSH Construction, and Robert Stanley
3 Hamilton, an individual, in the total amount of $147,782.96, said judgment amount consisting in
4 $100,392.75 for unpaid contributions, $42,694.26 for unpaid liquidated damages and pre-judgment
5 interest to April 18, 2005, $3,937.50 for previously awarded attorneys' fees, and $758.45 for
6 previously awarded costs.  Said Amended Judgment shall be deemed effective April 18, 2005.
7      The clerk shall enter judgment in conformity with this order.
8      **IT IS SO ORDERED.**
9 Dated:  April 28, 2006

MAXINE M. CHESNEY
United States District Judge

24 F:\CASES\30\32.188 Canyon Springs Enterprises\Post-judgment pleadings\Amend Judgment\Proposed Order.doc