James P. Watson, SBN 46127
Bruce K. Leigh, SBN 129753
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, Fifth Floor
San Francisco, CA  94105-3612
Telephone:  415-512-3501
Facsimile:   415-512-3515
Email:         BruceL@skwsf.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.<br><br>            Plaintiffs,<br><br>      vs.<br><br>CANYON SPRINGS ENTERPRISES, a California Corporation doing business as RSH CONSTRUCTION; and ROBERT STANLEY HAMILTON, an individual,<br><br>            Defendants. | Case No.:  C 04-1080 MMC<br><br>**AMENDED JUDGMENT**<br><br>JUDGE:     Maxine M. Chesney |

Pursuant to the Court's Order Granting Plaintiffs' Motion For Amended Judgment, entered therein on April 28, 2006, the judgment entered herein on April 18, 2005, is hereby amended as follows:

Plaintiffs are entitled to judgment against defendants, Canyon Springs Enterprises, a corporation doing business as RSH Construction, and Robert Stanley Hamilton, an individual, in the total amount of $147,782.96, consisting in $100,392.75 for unpaid contributions, $42,694.26 for unpaid liquidated damages and pre-judgment interest to April 18, 2005, $3,937.50 for previously

/ / /

1  awarded attorneys' fees, and $758.45 for previously awarded costs.  This Amended Judgment shall
2  be deemed effective April 18, 2005.

4  Dated: May 2, 2006

_____
MAXINE M. CHESNEY
United States District Judge